UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID RAY HUMPHREY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-CV-00317-SDJ-AGD |
| v. | § | |
| | § | |
| COMMISSIONER, SSA | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, (Dkt. #18), wherein Plaintiff states that the Motion is unopposed, finds that Plaintiff's Motion is well taken and should be granted.

It is therefore **ORDERED** that Plaintiff's Motion, (Dkt. #18), is **GRANTED**, and the Commissioner is directed to pay five thousand six hundred ninety-seven dollars and fifty cents ($5,697.50) as reasonable attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel.

So ORDERED and SIGNED this 30th day of April, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE